# CASE ANNOUNCEMENTS

*September 30, 2008*

[Cite as *09/30/2008 Case Announcements,* 2008-Ohio-4989.]

## MOTION AND PROCEDURAL RULINGS

**2007-2303.   State v. Taylor.**

Ashtabula App. No. 2007–A–0018, 2007-Ohio-5912. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration thereof it is ordered, sua sponte, that this cause is no longer held for the decision in *State v. Simpkins,* 117 Ohio St.3d 420, 2008-Ohio-1197, 884 N.E.2d 568.

This cause is now held for the decisions in 2007–0693, *State v. Bloomer,* Fulton App. No. F-06–012, 2007-Ohio-1039, 2007–1415, *State v. Mosmeyer,* Hamilton App. No. C-060747, and 2007–1439, *State v. Barnes,* Portage App. No. 2006-P-0089, 2007-Ohio-3362, and the briefing schedule remains stayed.

**2008-0758.   Estate of Thompson v. Club Car, Inc.**

Richland App. No. 07CA70. This cause is pending before the court as a discretionary appeal. On April 22, 2008, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).